IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOUGLAS JOHLL,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

  v.                                            Case No. 14-cv-60-wmc

PREMIER RECOVERY GROUP, INC.,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Douglas Johll against defendant Premier Recovery Group, Inc. in the amount of $12,077.50.

| s/ R.Plender, Deputy Clerk | 4/16/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |